# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

RICHARD BIGHAM,

      Plaintiff,

vs.

HOWARD SKOLNIK, et al.,

      Defendants.

Case No. 2:10-CV-01475-RLH-(RJJ)

**ORDER**

      The court ordered (#2) petitioner to pay an initial partial filing fee pursuant to 28 U.S.C. § 1915(b).  Petitioner has not paid the fee within the allotted time.

      IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for petitioner's failure to pay the initial partial filing fee.  The clerk of the court shall enter judgment accordingly.

      DATED:   February 2, 2011.

                        ROGER L. HUNT
                        Chief United States District Judge