# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

RICHARD BIGHAM,                                )
                                               )
                            Plaintiff,         )        Case No.  2:10-cv-01475-RLH-GWF
                                               )
vs.                                            )        **ORDER**
                                               )
HOWARD SKOLNIK, *et al.*,                      )
                                               )
                            Defendants.        )
_____)

    This matter is before the Court on Defendant MBI's Motion to Dismiss for Failure to State a Claim (#21), filed August 11, 2011.  Pursuant to Order #15, filed June 15, 2011, this action is stayed for ninety (90) days to allow plaintiff and defendants an opportunity to settle their dispute before an answer is filed or the discovery process begins.  During this ninety-day stay period, no other pleadings or papers shall be filed in this case. Accordingly,

    **IT IS ORDERED** that Defendant MBI's Motion to Dismiss for Failure to State a Claim (#21) is **stricken**, without prejudice to refiling after the ninety-day stay period if the case is not resolved through informal mediation between the parties.

    DATED this 23rd day of August, 2011.


                                    _____
                                    GEORGE FOLEY, JR.
                                    United States Magistrate Judge